Núm. 7213.—PUEBLO, apldo. *v.* MÉNDEZ, aplte.—C. D. San Juan. Julio 26, 1938.

Llamada hoy para vista la moción sobre desestimación del recurso, sólo compareció El Pueblo por su Fiscal, quien pidió que se le tuviera por desistido de su moción y que se decrete el archivo y sobreseimiento del caso bajo la autoridad de *El Pueblo* v. *Pérez,* 52 D.P.R. 169. El Tribunal decretó el archivo y sobreseimiento solicitados.

Núm. 7211.—PUEBLO, apldo. *v.* MARCHAND PAZ, aplte.—C. D. San Juan. Julio 30, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, con fecha 27 de julio de 1938 nos fué sometido el caso de epígrafe con la misma prueba y alegato en el caso de asesinato, núm. 6639 (ante, pág. 671);

POR CUANTO, el delito de portar armas es uno enteramente distinto y separado del delito de asesinato y como tal debe ser juzgado, según se dijo en el caso de *El Pueblo* v. *Peña,* 50 D.P.R. 862, 865;

POR CUANTO, por la propia estipulación del acusado se le sometió el caso de portar armas al juez de la corte inferior por la misma prueba que desfiló en el caso de asesinato, recayendo sentencia condenatoria;

POR CUANTO, examinada dicha prueba no encontramos que el juez sentenciador incurriera en error manifiesto ni estuviese influído por pasión, prejuicio o parcialidad;

POR TANTO, se confirma la sentencia apelada en este caso.

El Juez Asociado Sr. De Jesús no intervino.